Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED BY_____ D.C.

JAN 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT

for the

Sourthern District of Florida

_____ Division

| | |
|---|---|
| Claiton Richter <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> MSC Cruises (USA) Inc. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Claiton Richter |
| Address | 1801 NE 62nd Street #225 |
| | Fort Lauderdale / Florida / 33308 |
| | *City* / *State* / *Zip Code* |
| County | Broward |
| Telephone Number | (305) 457-4862 |
| E-Mail Address | claiton_richter@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mrs. Traci Andrews |
| Job or Title *(if known)* | Human Resources |
| Address | 6750 N Andrews Avenue Suite 100 |
| | Fort Lauderdale / Florida / 33309 |
| | *City* / *State* / *Zip Code* |
| County | Broward |
| Telephone Number | (954) 958-1017 |
| E-Mail Address *(if known)* | traci.andrews@msccruisesusa.com |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mrs. Valentina Pietropaolo |
| Job or Title *(if known)* | Shore Excursion Manager |
| Address | 6750 N Andrews Avenue Suite 100 |
| | Fort Lauderdale / Florida / 33309 |
| | *City* / *State* / *Zip Code* |
| County | Broward |
| Telephone Number | (954)-958-3267 |

| | |
|---|---|
| E-Mail Address *(if known)* | valentina.pietropaolo@msccruiseusa.com |
| | ☐ Individual capacity   ☒ Official capacity |

**Defendant No. 3**

| | |
|---|---|
| Name | Mrs. Rossana Festa |
| Job or Title *(if known)* | Manager Air, Sea Land Department |
| Address | 6750 N Andrews Avenue Suite 100 |
| | Fort Lauderdale / Florida / 33309 |
| | *City / State / Zip Code* |
| County | Broward |
| Telephone Number | (954) 772-6262 |
| E-Mail Address *(if known)* | |
| | ☐ Individual capacity   ☒ Official capacity |

**Defendant No. 4**

| | |
|---|---|
| Name | Mr. Oren Gulasa |
| Job or Title *(if known)* | Director of Finance and Accounting |
| Address | 18851 NE 29th Ave. Suite 775 |
| | Aventura / FL / 33180 |
| | *City / State / Zip Code* |
| County | Miami Dade |
| Telephone Number | 954-599-8118 |
| E-Mail Address *(if known)* | oren@ogcpaservices.com |
| | ☐ Individual capacity   ☒ Official capacity |

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The events were at MSC Cruises (USA) Inc. office located at 6750 N Andrews Avenue Suite 100 - Fort Lauderdale, Florida 33309

B.  What date and approximate time did the events giving rise to your claim(s) occur?

I found the job ad, Air, Sea and Land Coordinator position, at Indeed.com but it had only a link to the companies website only on December 27th, 2017. I was invited on August 13th, 2018 for the job interview at the corporate office in the following day after eight resume submissions for the Shore Excursions Coordinator position. MSC Cruises hired, Michelle Stanga, on September 2018 according Linkedin. Also, MSC Cruises filed at Department of Labor the PERM (LCA) for the Air, Sea and Land Coordinator position to an Italian Citizen on September 17, 2018 according to Application for Permanent Employment Certification ETA Form 9089 - Department of Labor, however, The Alien had the E-2 class admission visa working at the same company and the person was most likely renewing for years, in USA since 2009, according Linkedin. Other job interview was on January 6th ,2020 for the same Shore Excursions Coordinator position available due to Michelle Stanga job promotion to Group Financial Advocate. This job was available at Indeed.com and I submitted my resume on November 24th, 2019 after more than twenty resumes submitted to this and other positions.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

QUI Tam - False Claim Act and National of Origin Discrimination

I submitted twenty-seven times my resume to MSC Cruises (USA) Inc. via email, Monster.com and Indeed.com employment website according to my emails, however, I may had submitted approximately thirty times at least because, MSC Cruises Career website was not generating emails for every submission that I did. I was invited for job interviews in four occasions only. First occasion, December 4th, 2015, Mr. Oren Gulasa, sent me a message via Monster.com to provide me with an update on my job search for an Online GDS Business Tech Solutions Manager that I applied on November 23rd, 2015. He asked my salary expectations. I immediately responded, but I did not receive any other follow up since after my response. Second occasion, I had a job interview with Mrs. Valentina Pietropaolo and it last in approximately ten minutes on August 18th, 2018. The invitation came three years and eights months after the first approach and approximately seven resume submissions later. I summarized my approximately fifteen years hospitality industry experience to Mrs. Pietropaolo including Airline Airfare Specialist, Ticket Auditor at Leisure Travel, Airline Accounting Clerk, Corporate Travel Counselor, and Hotel Property Accountant. She just commented the following: "Wow! You did all that?" She gave me her business card and she told me that "someone will contact me from Human Resources." No one did. The company hired Michelle Stanga, young lady, who originated from Italy and studied at Universita Della Svizzera Italiana, Communications Major, who worked previously at a Wine company in New York, NY without much hospitality industry experience. She had seven years and five months overall professional experience at that time. No relevant experience that could immediately qualifies her to the job offered. Third occasion, I received an email inviting me for a video interview on November 21st, 2019 for the Business Development Manager, IL/MI/WI. I never got any feedback after I submitted such interview. Four occasion, I was invited by Mrs. Tracy Andrews, Human Resources, for a job interview on January 6th, 2020 to the same Shore Excursion Coordinator position with the same manager, Mrs. Valentina Pietropaolo, but I felt that the interview was staged to make me fill that my attempts to get a job on MSC Cruises (USA) Inc was a waste of time. She demonstrates her frustration when she saw me at the reception. I did not apply for this position. I received a call from Mrs. Traci Andrews. I was more than happy to get the opportunity since the company have my resume on file disclosing my extensive experience in the hospitality industry, however, MSC Cruises hired an Italian Citizen, Ms. Valeria Sagiotto, on March 2nd, 2020 at the beginning of the pandemic turmoil in The United State of America. Also, I learned that MSC Cruises (USA) Inc. applied for PERM (LCA) at Department of Labor to another Italian Citizen who apparently was already working at Fort Lauderdale's corporate office since 2009 under E-2 VISA for a Travel Agent position or Air, Sea, and Land Coordinator. I am a qualified U.S. worker for this position. I worked at American Express Global Business Travel for more than three years. I am certified by IATA – Advance Air Passenger Fare and Ticketing, and I do have experience in Amadeus and Sabre Global Distribution Systems. Also, I worked in a couple international airlines in Miami, FL beside the most recent hotel industry experience. I proudly have approximately fifteen years combined experience in the hospitality industry. South Florida can provide many qualified candidates in the area, and MSC Cruises (USA) Inc. had a courage to apply for a Green Card for an exclusive Travel Agent for their corporate executives by alleging that no U.S. worker was available for the position to the Department of Labor and The United States Citizenship and Immigration Services. This was false. I was available, and I reside less than three miles from MSC Cruises Fort Lauderdale corporate office. The company did have my resume on file and job interviews were performed in various ways at that point. The MSC Cruises is surrounded by travel agencies and, private and public Universities like FAU, FIU, Lynn University that could provide a qualified candidate classified as U.S. workers. Remember, I had a job interview on August 18th, 2018 for the Shore Excursion Coordinator position. One month prior to the PERM (LCA) application and, I had my resume in the company's files since MSC Cruises Careers Website posted the job ad on December 27th, 2017. I found a resume of Mrs. Rosanna Festa who claimed that she is part of the company's team since 2009 at the Fort Lauderdale corporate office as Manager Air, Sea, and Land Coordinator. I am confident that she can explain the facts.

MSC Cruises (USA) Inc favored job applicants with Italian national of origin, language and/or ethnicity, and they fraudulently informed the U.S. Department of Labor and United State Citizenship and Immigration Services their necessity in providing a permanent visa or Green Card to an Italian

Citizen for a position that could be offered to anu other qualified U.S. worker who worked or currently working at that time at the Miami International Airport or FLL airport counter. Many U.S. workers who lost their jobs due to the technology change in the travel industry like online booking travel. Airport personal who lost their jobs due airline merger like United and Continental Airlines, American Airlines and USAir, Delta and Northwest Airlines, and other international airlines that shutdown or stop fighting to US over the years like Varig Brazilian Airlines, VASP Brazilian Airlines, Gol Airlines, etc.

I am requesting this court to demand the original Application for Permanent Employment Certification ETA Form 9089, ETA Case Number: A-18046-43854, from Department of Labor Employment and Training Administration. Also, All the United States Citizenship and Immigration Services documents provided by the Defendant at the time of the green card request.

False Claim Act, Qui Tam and Title VII of the Civil Rights Act of 1964.

RETALIATION

I filed an age and gender discrimination charge at EEOC back on May 6th, 2020, EEOC Charge Number 510-2020-03256. I received email from noreply@msccruises.com on June 12th, 2020 or six weeks after the charge the following email:

DEAR CLAITON RICHTER,
IN COMPLIANCE WITH THE APPLICABLE DATA PROTECTION LEGISLATION, INCLUDING THE GENERAL DATA PROTECTION REGULATION, MSC CRUISES WILL DELETE ALL YOUR PERSONAL DATA COLLECTED SIX MONTHS AGO WHEN YOU APPLIED FOR THE ROLE OF JOB NOT DEFINED.

You can choose to keep your profile active by clicking the link below. In that case, your online CV will be maintained, however, all tests and applications done will be deleted and you will have the chance to apply for new vacancies and to retake the tests relevant for those vacancies. Should you decide to cancel your profile, MSC Cruises will maintain only the following data: your name and surname, vacancy you applied for, and date of your application for. Please click on the link below if you want to keep your profile active in our database.

Thank you very much for the interest shown in working for MSC Cruises!

Kind regards,

MSC Cruises HR Team

Please copy and paste link below in your browser if you want to keep your data on the MSC Cruises Website.

https://www.careers.msccruises.com/#/unscribe-application/9dc05fa21f8af91b72a3425e18abe89e

The United States of America does not have a Data Protection Legislation and/or General Data Protection Regulation that requires anyone to delete all personal data collected in six month or any other period. I clicked the link and I requested to keep the data fill hours after I receive this email. I want to be on the front in the line for any job opportunity. This was a clear attempt to retaliate and intimidate me because I filed a discrimination charge. I did not have such email on 2015, 2017, 2018, and 2019.

The email attempting to delete my files appeared again on November 21, 2020, five months after the first email, and approximately six weeks after I filed a Retaliation and National of Origin Discrimination at EEOC on October 13th, 2020, EEOC charge number 510-2021-00016. Again, I clicked the email link immediately demanding to keep my data, but the data for vacancies that I applied, resume, and data of my application are gone apparently. They kept only my full name.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I am requesting to this court back pay and front pay, US$48000.00 per year, according the DOL APPLICATION FOR PERMANENT EMPLOYMENT CERTIFICATION ETA FORM 9089 form for all the period that I could be working in the company, legal fees, payroll taxes including my deductions and employer responsibilities, federal income taxes adjustment, employment benefits like health insurance, vacation etc. compensatory and punitive damages twice the total amount of the back pay and front pay and all fees listed above. Twenty five percent of any fee collected by US Government due to the fraudulent green card application. Double compensative and punitive penalty for each retaliation and any other penalty the court decides to be fair.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

QUI Tam - False Claim Act and National of Origin Discrimination

I submitted twenty-seven times my resume to MSC Cruises (USA) Inc. via email, Monster.com and Indeed.com employment website according to my emails, however, I may had submitted approximately thirty times at least because, MSC Cruises Career website was not generating emails for every submission that I did. I was invited for job interviews in four occasions only. First occasion, December 4th, 2015, Mr. Oren Gulasa, sent me a message via Monster.com to provide me with an update on my job search for an Online GDS Business Tech Solutions Manager that I applied on November 23rd, 2015. He asked my salary expectations. I immediately responded, but I did not receive any other follow up since after my response.  Second occasion, I had a job interview with Mrs. Valentina Pietropaolo and it last in approximately ten minutes on August 18th, 2018. The invitation came three years and eights months after the first approach and approximately seven resume submissions later. I summarized my approximately fifteen years hospitality industry experience to Mrs. Pietropaolo including Airline Airfare Specialist, Ticket Auditor at Leisure Travel, Airline Accounting Clerk, Corporate Travel Counselor, and Hotel Property Accountant. She just commented the following: "Wow! You did all that?" She gave me her business card and she told me that "someone will contact me from Human Resources." No one did. The company hired Michelle Stanga, young lady, who originated from Italy and studied at Universita Della Svizzera Italiana, Communications Major, who worked previously at a Wine company in New York, NY without much hospitality industry experience. She had seven years and five months overall professional experience at that time. No relevant experience that could immediately qualifies her to the job offered.   Third occasion, I received an email inviting me for a video interview on November 21st, 2019 for the Business Development Manager, IL/MI/WI. I never got any feedback after I submitted such interview. Four occasion, I was invited by Mrs. Tracy Andrews, Human Resources, for a job interview on January 6th, 2020 to the same Shore Excursion Coordinator position with the same manager, Mrs. Valentina Pietropaolo, but I felt that the interview was staged to make me fill that my attempts to get a job on MSC Cruises (USA) Inc was a waste of time. She demonstrates her frustration when she saw me at the reception. I did not apply for this position. I received a call from Mrs. Traci Andrews. I was more than happy to get the opportunity since the company have my resume on file disclosing my extensive experience in the hospitality industry, however, MSC Cruises hired an Italian Citizen, Ms. Valeria Sagiotto, on March 2nd, 2020 at the beginning of the pandemic turmoil in The United State of America. Also, I learned that MSC Cruises (USA) Inc. applied for PERM (LCA) at Department of Labor to another Italian Citizen who apparently was already working at Fort Lauderdale's corporate office since 2009 under E-2 VISA for a Travel Agent position or Air, Sea, and Land Coordinator. I am a qualified U.S. worker for this position. I worked at American Express Global Business Travel for more than three years. I am certified by IATA – Advance Air Passenger Fare and Ticketing, and I do have experience in Amadeus and Sabre Global Distribution Systems. Also, I worked in a couple international airlines in Miami, FL beside the most recent hotel industry experience. I proudly have approximately fifteen years combined experience in the hospitality industry. South Florida can provide many qualified candidates in the area, and MSC Cruises (USA) Inc. had a courage to apply for a Green Card for an exclusive Travel Agent for their corporate executives by alleging that no U.S. worker was available for the position to the Department of Labor and The United States Citizenship and Immigration Services. This was false. I was available, and I reside less than three miles from MSC Cruises Fort Lauderdale corporate office. The company did have my resume on file and job interviews were performed in various ways at that point. The MSC Cruises is surrounded by travel agencies and, private and public Universities like FAU, FIU, Lynn University that could provide a qualified candidate classified as U.S. workers. Remember, I had a job interview on August 18th, 2018 for the Shore Excursion Coordinator position. One month prior to the PERM (LCA) application and, I had my resume in the company's files since MSC Cruises Careers Website posted the job ad on December 27th, 2017. I found a resume of Mrs. Rosanna Festa who claimed that she is part of the company's team since 2009 at the Fort Lauderdale corporate office as Manager Air, Sea, and Land Coordinator. I am confident that she can explain the facts.

MSC Cruises (USA) Inc favored job applicants with Italian national of origin, language and/or ethnicity, and they fraudulently informed the U.S. Department of Labor and United State Citizenship and Immigration Services their necessity in providing a permanent visa or Green Card to an Italian Citizen for a position that could be offered to anu other qualified U.S. worker who worked or currently working at that time at the Miami International Airport or FLL airport counter. Many U.S. workers who lost their jobs due to the technology change in the travel industry like online booking travel.  Airport personal who lost their jobs due airline merger like United and Continental Airlines, American Airlines and USAir, Delta and Northwest Airlines, and other international airlines that shutdown or stop fighting to US over the years like Varig Brazilian Airlines, VASP

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Brazilian Airlines, Gol Airlines, etc.
I am requesting this court to demand the original Application for Permanent Employment Certification ETA Form 9089, ETA Case Number: A-18046-43854, from Department of Labor Employment and Training Administration. Also, All the United States Citizenship and Immigration Services documents provided by the Defendant at the time of the green card request.
False Claim Act, Qui Tam and Title VII of the Civil Rights Act of 1964.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 12th, 2021

Signature of Plaintiff

Printed Name of Plaintiff    Claiton Richter

### B. For Attorneys

Date of signing: 01/12/2021

Signature of Attorney

Printed Name of Attorney

Bar Number

| | |
|---|---|
| Name of Law Firm | |
| Address | |
| | *City*     *State*     *Zip Code* |
| Telephone Number | |
| E-mail Address | |